AO 440 (Rev. 12/09) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALLIED MINERAL PRODUCTS, INC., an Ohio Corporation )<br>        *Plaintiff*        )<br>                              )<br>            v.                )<br>                              )<br>OSMI, INC., STELLAR MATERIALS, INC. )<br>                              )<br>            and               )<br>                              )<br>STELLAR MATERIALS, LLC        )<br>                              )<br>        *Defendants*           ) | Civil Action No. _____<br>15-cv-81753-Marra/Matthewman |

**SUMMONS IN A CIVIL ACTION**

To:  *(Defendant's name and address)*

   OSMI, INC.
   c/o Neil Mintz, Registered Agent
   7777 Glades Road
   310
   Boca Raton, Florida 33434

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Anthony R. McClure, Esq.
   Porter, Wright, Morris & Arthur LLP
   9132 Strada Place, Third Floor
   Naples, Florida 34108-2683

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 23, 2015

**SUMMONS**

Steven M. Larimore
Clerk of Court

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALLIED MINERAL PRODUCTS, INC., an Ohio Corporation )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>OSMI, INC., STELLAR MATERIALS, INC. )<br>)<br>and )<br>)<br>STELLAR MATERIALS, LLC )<br>)<br>*Defendants* ) | Civil Action No. _____<br>15-cv-81753-Marra/Matthewman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    STELLAR MATERIALS, INC.
    c/o  Neil Mintz, Registered Agent
    7777 Glades Road
    310
    Boca Raton, Florida 33434


    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Anthony R. McClure, Esq.
    Porter, Wright, Morris & Arthur LLP
    9132 Strada Place, Third Floor
    Naples, Florida 34108-2683

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Date:   Dec 23, 2015

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| ALLIED MINERAL PRODUCTS, INC., an Ohio Corporation<br>*Plaintiff*<br><br>v.<br><br>OSMI, INC., STELLAR MATERIALS, INC.<br><br>and<br><br>STELLAR MATERIALS, LLC<br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. _____<br>15-cv-81753-Marra/Matthewman |

**SUMMONS IN A CIVIL ACTION**

To:  *(Defendant's name and address)*

    STELLAR MATERIALS, LLC
    c/o NRAI Services, Inc., its Registered Agent
    1200 South Pine Island Road
    Plantation, Florida 33324

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Anthony R. McClure, Esq.
    Porter, Wright, Morris & Arthur LLP
    9132 Strada Place, Third Floor
    Naples, Florida 34108-2683

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: Dec 23, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ J. Adams*
Deputy Clerk
U.S. District Courts